**Lindsey NELSON, Jr., Petitioner–Appellant,**

v.

**David L. FRAZIER, Warden, Respondent–Appellee.**

**No. 09–11649
Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Nov. 16, 2010.

Amy E. Hawkins Morelli, Attorney General's Office, Atlanta, GA, for Respondent–Appellee.

392

Before BARKETT, MARCUS and PRYOR, Circuit Judges.

PER CURIAM:

Lindsey Nelson Jr., a Georgia prisoner, appeals *pro se* the denial of his petition for a writ of habeas corpus. 28 U.S.C. § 2254. We granted a certificate of appealability to resolve "[w]hether the district court erred in finding that Nelson's claim of an unlawful sentence was procedurally defaulted" when the state court ruled that "the claim was procedurally defaulted *or* barred by *res judicata*." In his brief, Nelson concedes that his claim of an unlawful sentence is procedurally defaulted, "so that issue has been abandoned and is no longer before us." *Pugh v. Smith*, 465 F.3d 1295, 1298 (11th Cir.2006). Nelson instead challenges his conviction and sentence, but we will not address his arguments because they are outside the scope of the certificate of appealability. *Rhode v. United States*, 583 F.3d 1289, 1291 (11th Cir.2009). We affirm the denial of Nelson's petition.

**AFFIRMED.**